JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. HOME ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> TARALYNN JIMENEZ, AN INDIVIDUAL D/B/A AMAZON.COM SELLER B.B.M., et al., <br><br> Defendants. | Case No. CV 12-9160 FMO (JEMx) <br><br> **JUDGMENT** |

Pursuant to the court's Order Re: Plaintiff's Motion for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Warner Bros. Home Entertainment Inc. ("plaintiff") and against defendant Taralynn Jimenez ("defendant"), an individual doing business as Amazon.com Seller "B.B.M.," in the amount of $66,000.00 pursuant to 17 U.S.C. § 504(c), plus interest pursuant to 28 U.S.C. § 1961(a).

2. Defendant, her agents, employees, representatives and all persons in active concert and participation with her, who receive actual notice of the injunction, are hereby restrained and enjoined from infringing the TV Programs, either directly or contributorily, in any manner. This

generally includes, but is not limited to, manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of the TV Programs, and specifically includes:

      A. Importing, manufacturing, distributing, advertising, selling and/or offering for sale the TV Programs or any other unauthorized products which picture, reproduce, or copy any of the TV Programs;

      B. Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection therewith any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of, or bear a confusing similarity to, any of the TV Programs;

      C. Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, defendant's customers and/or members of the public to believe that, the actions of defendant, the products sold by defendant, or defendant herself is connected with plaintiff, is sponsored, approved or licensed by plaintiff, or is affiliated with plaintiff; and

      D. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of plaintiff.

3. Defendant is ordered to deliver to plaintiff for destruction all the TV Programs, as well as any other unauthorized products which picture, reproduce, copy or use the likenesses of, or bear a substantial similarity to, any of the TV Programs, and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in her possession or under her control bearing any of the TV Programs or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, in addition to all plates, molds, heat transfers, screens, matrices and other means of making the same.

1      4.    Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 8th day of July, 2013.

                                                    /s/
                                Fernando M. Olguin
                              United States District Judge